**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

TEL. (917) 373-9128
ShakedLawGroup@Gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2023
```

January 26, 2023

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 15D
New York, NY 10007

Re:   Linda Slade v. Knackshops, Inc.
      Case No. 22-cv-10234-AT
      Motion to Adjourn Deadline to File Joint Letter and Case Mgmt. Plan

Dear Judge Torres:

The undersigned represents Linda Slade, the Plaintiff in the above-referenced case. In accordance with Rule 1.C of Your Honor's Individual Practices, I write to request an adjournment of the January 31, 2023 deadline to submit a Joint Letter and a Jointly Proposed Case Management Plan and Scheduling Order.

On December 16, 2022, Defendant was served with the Summons and Complaint [Docket #8]. We have yet to hear from them. As the deadline to respond expired, we attempted to advise them of the filing by other means – email to their offices and regular mail. No response has been received.

I will be out of state on vacation from January 30 to February 3, 2023. If I do not hear from Defendant by Friday, February 10, 2023, I intend on filing a Request for Certificate of Default. If I do hear from Defendant, then I respectfully request that the deadline to file the Joint Letter and Joint Proposed Scheduling Order be adjourned to February 17, 2023. No prior request has been made for this relief.

Respectfully submitted,

*/s/ Dan Shaked*
Dan Shaked, Esq.

GRANTED. By **February 17, 2023**, the parties shall file a joint
letter and proposed case management plan.

SO ORDERED.

Dated: January 26, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge