**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                        Case No.   1:22-cv-10234-AT

                Plaintiff,

            - against -

KNACKSHOPS, INC.,

                Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

       Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against Knackshops, Inc.

Dated: Scarsdale, New York
       February 17, 2023

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                        By: _____
                                        Dan Shaked, Esq.
                                        14 Harwood Court, Suite 415
                                        Scarsdale, NY 10583
                                        Tel. (917) 373-9128
                                        e-mail: ShakedLawGroup@Gmail.com